IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E. Frank Hopkins Seafood, Co., Inc., | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : NO. 2:17-cv-01558-JCJ |
| | : |
| Elio Olizi; Cheryl Olizi; and Pure Fish Seafood, LLC, | : |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 15th day of June, 2017, upon consideration of Defendants' Motion to Dismiss, (Doc. No. 6), and Plaintiff's Response in Opposition thereto, (Doc. No. 8), for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is DENIED in full.

BY THE COURT:

s/J. Curtis Joyner
J. Curtis Joyner,        J.